IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MEGAN DODD,<br><br>           **Plaintiff,**<br><br>v.<br><br><br>DEBORAH SHROPSHIRE, *et al.*,<br><br>           **Defendants.** | Case No. 25-CV-110-JFH-JAR |

## OPINION AND ORDER

Before the Court is Plaintiff Megan Dodd's Supplemental Complaint and Emergency Motion for Emergency Custody and Protective Order [Dkt. No. 74]. Recognizing that Plaintiff is pro se, the Court construes her "Supplemental Complaint" [Dkt. No. 74 at 1-4] and "Emergency Motion for Emergency Custody and Protective Order" [Dkt. No. 74 5-6] collectively as a motion for leave to amend her First Amended Complaint. Dkt. No. 4. Plaintiff's motion for leave to amend her First Amended Complaint is GRANTED, and the Court will allow Plaintiff to file a Second Amended Complaint by November 27, 2025.[1]

If Plaintiff files a Second Amended Complaint, she must ensure that her Second Amended Complaint contains all of the claims she wishes to assert against any Defendants named in her Amended Complaint [Dkt. No. 4], her "Supplemental Complaint and Emergency Motion" [Dkt. No. 74], or any Defendant not yet named. In other words, all claims against any Defendant(s)

---

[1] For clarity, this Order does not grant Plaintiff's Emergency Motion for Emergency Custody and Protective Order. Dkt. No. 74. As stated above, the Court construes Plaintiff's Emergency Motion, along with her "Supplemental Complaint," as a motion for leave to amend her First Amended Complaint. Dkt. No. 4. If Plaintiff seeks to refile her Emergency Motion, she may do so after filing her Second Amended Complaint.

must be contained in one Second Amended Complaint. In the future, the Court will not allow Plaintiff to add more claims or Defendants, or otherwise modify her existing complaint, without moving for leave to do so.

Furthermore, any of Plaintiff's future motions must be filed as a separate document from any future amended complaints.

Finally, if Plaintiff chooses to file a Second Amended Complaint by November 27, 2025, then:

(1) the filing of a Second Amended Complaint will render her First Amended Complaint [Dkt. No. 4] moot;

(2) Defendants' Motions to Dismiss [Dkt. Nos. 34, 36, 37, 54, 56], Motions for Joinder [Dkt. Nos. 40, 45], and Motion to Deem Confessed [Dkt. No. 57] will be denied as moot;

(3) Plaintiff's Motions for Default Judgment [Dkt. Nos. 41, 65] will be denied as moot;

(4) Defendants who were already named in Plaintiff's First Amended Complaint [Dkt. No. 4] must file their answers or responsive motions to Plaintiff's Second Amended Complaint within fourteen days; and

(5) Plaintiff must serve her Second Amended Complaint and file proof of service on any party not already named in Plaintiff's First Amended Complaint [Dkt. No. 4]. Plaintiff must submit one completed summons and one USM-285 Marshal service form for each new Defendant and provide an accurate service address for each new Defendant.

BE IT THEREFORE ORDERED.

Dated this 13th day of November 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE